THE HONORABLE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER P. KNAPP,<br><br>Defendant, | NO. CR 05 5399<br><br>STIPULATED MOTION AND ORDER FOR CONTINUANCE OF TRIAL DATE |

  The Defendant herein, Christopher P. Knapp, by and through his attorney, Charles A. Johnston, hereby moves that the trial previously scheduled for September 12, 2005, be vacated, and that the trial be rescheduled for November 14, 2005.

  The above request for continuance is being made as additional time is necessary to accommodate the Defendant's previously scheduled leave. The Defendant has waived his right to a speedy trial.

/////

/////

**STIPULATED MOTION AND ORDER - 1**

CHARLES A. JOHNSTON
ATTORNEY AT LAW
202 E. 34TH ST.
TACOMA, WA 98404
(253) 473-3090

1

2   The Defendant believes that the ends of justice would be served by a continuance
3   of the trial in this matter.
4   DATED this 27th day of September, 2005.

5

6   By:   (signature on file)
        CHARLES A. JOHNSTON, WSB # 9058
7       Attorney for Defendant

8   *Telephonically Approved:*
    *September 23, 2005*
9   By: _____
        GLEN E. TEMPLETON
10      Special Assistant United States Attorney

11

12                          ORDER

13   Before this Court is a stipulated motion for continuance of the trial date previously
14   scheduled for September 12, 2005. The Court finds, based on the affidavit of counsel and
15   after a consideration of all relevant information and the circumstances of this case, that
16   without this continuance the Defendant will be prejudiced and the ability to properly
17   prepare for trial would be impaired. Failure to grant a continuance under these
18   circumstances would result in a miscarriage of justice. The ends of justice would best be
19   served by grating the motion for continuance. The ends of justice outweigh the best
20   interests of the public and the Defendant in a speedy trial.
21   For these reasons, the Court finds the stipulated motion for continuance should be
22   granted. The trial date is hereby continued from September 12, 2005, to November 14,
23   2005. The resulting period of delay from September 12, 2005, up to and including the new
24   trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161 (h)(8)(A)
25   and (B).

**STIPULATED MOTION AND ORDER** - 2

CHARLES A. JOHNSTON
ATTORNEY AT LAW
202 E. 34TH ST.
TACOMA, WA 98404
(253) 473-3090

1   IT IS SO ORDERED.

2   DATED this 27th day of September, 2005.

3

4                                               *Karen L. Strombom* (signature)
                                                Karen L. Strombom
5                                               United States Magistrate Judge

6

7

8   By:   ____(signature on file)_____
          CHARLES A. JOHNSTON, WSB # 9058
9         Attorney for Defendant

10
    *Telephonically Approved:*
11  *September 23, 2005*
    By:   _____
12        GLEN E. TEMPLETON
          Special Assistant United States Attorney
13

14
                    **CERTIFICATE OF SERVICE**
15

16  I hereby certify that on September 23, 2005, I electronically filed the foregoing

17  Stipulated Motion and Order for Continuance of Trial Date with the Clerk of the Court

18  using the CM/ECF.

19  DATED this _____ day of September, 2005.

20
                                           _____
21                                         SUZANNE FAKER
                                           Legal Assistant
22

23  I hereby certify that on September 23, 2005, I mailed the foregoing Stipulated

24  Motion and Order for Continuance of Trial Date to the following:

25

**STIPULATED MOTION AND ORDER - 3**

CHARLES A. JOHNSTON
ATTORNEY AT LAW
202 E. 34TH ST.
TACOMA, WA 98404
(253) 473-3090

| | |
|---|---|
| 1 | Glen E. Templeton |
| 2 | Special Assistant United States Attorney |
|   | Post Office Box 33695 |
| 3 | Fort Lewis, Washington 98433-0695 |
| 4 | DATED this _____ day of September, 2005. |
| 5 | |
| 6 | _____ |
|   | SUZANNE FAKER |
|   | Legal Assistant |

**STIPULATED MOTION AND ORDER - 4**

CHARLES A. JOHNSTON
ATTORNEY AT LAW
202 E. 34TH ST.
TACOMA, WA 98404
(253) 473-3090